**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6634

ZANNIE JAY LOTHARP,

        Plaintiff - Appellant,

    v.

OFFICE OF THE UNITED STATES ATTORNEY,

        Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, District Judge.  (1:20-cv-01062-LCB-LPA)

Submitted:  November 17, 2022                Decided:  November 23, 2022

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Zannie Jay Lotharp, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zannie Jay Lotharp appeals the district court's orders accepting the recommendations of the magistrate judge, dismissing Lotharp's civil complaint pursuant to 28 U.S.C. § 1915A(b)(1), and denying reconsideration.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Lotharp v. Office of the United States Attorney*, No. 1:20-cv-01062-LCB-LPA (M.D.N.C. Apr. 8, 2022; May 11, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Because Lotharp did not receive the magistrate judge's report and recommendation, we previously vacated the district court's initial order dismissing Lotharp's action and remanded with directions to provide Lotharp a copy of the recommendation. *See Lotharp v. Office of the United States Attorney*, No. 21-6720, 2022 WL 203736, at *1 (4th Cir. Jan. 24, 2022). Lotharp timely objected once he received the recommendation, and the district court dismissed the action after considering his objections.